C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re:  William T. Jones | ) | **Motion and Notice** |
|          Lisa M. Jones | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-06-80994 C-13D |
| | ) | |
|                              Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On November 8, 2006, the Debtors' plan was confirmed and provided for payments of $2,022.00 per month and a 0% dividend to general unsecured claims. Due to a reduction in income, the Debtors have requested a plan payment reduction to $1,800.00 per month which will pay all claims in accordance with the Confirmation Order within 60 months as required by 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Debtors' plan to reduce the plan payments to $1,800.00 per month effective upon entry of an Order.


Date:  March 19, 2008                                    s/Richard M. Hutson, II
          ej                                             Standing Trustee

-------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before ____April 19, 2008,____ with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*


If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on _April 24, 2008,_____ at 11:00 a.m., in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*


Date:  March 19, 2008                                    OFFICE OF THE CLERK
                                                         U.S. Bankruptcy Court

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE
SERVED BY THE BANKRUPTCY NOTICING CENTER