C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-0680994  C-13D |
| William T. Jones | ) | |
| Lisa M. Jones | ) | |
| | ) | |
| Debtors | ) | |

## ORDER

This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors to modify plan payments, and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 19, 2008, by the Clerk of Court setting April 19, 2008, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

ORDERED that the Debtors' plan is modified to provide for plan payments of $1,800.00 per month effective upon entry of this Order.

# PARTIES IN INTEREST
## Page 1 of 1
## 06-80994 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**