C-13-15(ECF)
(Rev. 3/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  William T. Jones           )          **MOTION**
       Lisa M. Jones           )          **CHAPTER 13**
                               )
                               )          No. B-06-80994 C-13D
                               )
       Debtors                 )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtors' last full payment was for December, 2009. The Standing Trustee's office has contacted the Debtors regarding the delinquent payments, and the Debtors have not responded.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for nonpayment.


Date:  April 30, 2010                                 s/Richard M. Hutson, II
RMH:ltp                                               Standing Trustee
-------------------------------------------------------------------------------------------------------------------

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **May 27, 2010**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.


Date:  April 30, 2010                                 OFFICE OF THE CLERK
                                                      U.S. Bankruptcy Court

PARTIES TO BE SERVED
B-06-80994 C-13D

William T. Jones
Lisa M. Jones
6415 Coltsfoot Drive
Rougemont, NC 27572

Clyde A. Wootton, Esq.
3200 Croasdaile Dr., Ste. 504
Durham, NC 27705

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702